# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## KANSAS CITY DIVISION

| | | |
|---|---|---|
| FREDRICK L. COX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 4:10-cv-00008-HFS |
| vs. | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| BUREAU OF COLLECTION | ) | |
| RECOVERY, INC. | ) | |
| | ) | |
| Defendant. | ) | |

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties

hereto, by their respective undersigned attorneys, that the above-captioned action by

Plaintiff is dismissed on the merits with prejudice, each party to bear its own costs.

Dated: August 5, 2010        RESPECTFULLY SUBMITTED,

BY:    /s/     Adam C. Maxwell
          Adam C. Maxwell [MO Bar No. 62103]
          KROHN & MOSS, LTD.
          120 W. Madison St., 10th Floor
          Chicago, IL 60602
          Tel: (312) 578-9428 ext 281
          Fax: (866) 309-9458
          amaxwell@consumerlawcenter.com
          Attorney for Plaintiff

Dated: August 5, 2010        RESPECTFULLY SUBMITTED,

BY:    /s/     Pamela J. Welch
          Pamela J. Welch [MO Bar No. 52821]
          FRANKE, SHULTZ & MULLEN, P.A.
          8900 Ward Parkway
          Kansas City, MO 64114
          Tel: (816) 421-7100
          Fax: (816) 421-7915
          pwelch@fsmlawfirm.com
          Attorney for Defendant